UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BRAGG,

        Petitioner,

v.                                                Case No. 12-12740
                                                HON. AVERN COHN

HEIDI WASHINGTON, *et al.,*

        Respondents.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is summarily **DISMISSED** without prejudice to Petitioner's right to file a timely habeas corpus petition in federal court following exhaustion of state remedies.

                                                               DAVID J. WEAVER
                                                               COURT ADMINISTRATOR

                                                      By: _____s/Julie Owens_____
                                                              Deputy Clerk

Dated: July 31, 2012

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 31, 2012, by electronic and/or ordinary mail.

                                                              S/Julie Owens_____
                                                             Case Manager, (313) 234-5160